AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

### WESTERN DISTRICT OF TEXAS

W/TX-EL PASO   2016 NOV 17 PM 4: 28   RECEIVED U.S. MARSHALS

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**CRYSTAL BUSTAMANTE**
**TN: CRYSTAL DENISE ALLISON**

**CASE NUMBER:  EP-09-CR-3415-FM**

17-mj-01238-STV

**To:    The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest:  **Crystal Allison, TN: Crystal Denise Allison**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [X] TSR Violation Petition
charging him/her with

### VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title ____18____ United States Code, Section(s) ___3583_____

| Jeannette J. Clack | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| | November 17, 2016        El Paso, TX |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $  to be determined

by  Jeannette J. Clack
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PROB 12C( 7/93)

# UNITED STATES DISTRICT COURT

**FILED**

for

## WESTERN DISTRICT OF TEXAS

2016 NOV 17 PM 3: 08

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

DEPUTY

**Name of Offender:** Crystal Bustamante, TN: Crystal Denise Allison

**Case Number:** EP-09-CR-3415FM(1)

**Name of Sentencing Judicial Officer:** Frank Montalvo, U.S. District Judge

**Date of Original Sentence:** July 28, 2010

**Original Offense:** Conspiring to import a quantity of marijuana > 100 kilograms

**Original Sentence:** Twenty-seven (27) months custody followed by five (5) years of supervised release

**Type of Supervision:** Supervised release

**Date Supervision Commenced:** December 31, 2012

**Assistant U.S. Attorney:** John S. Johnston              **Defense Attorney:** Leonard C. Morales

## PREVIOUS COURT ACTION

On August 7, 2014, the term of supervised release was revoked and Allison was sentenced to time served plus ten (10) days custody, to include a sixty (60) day placement at Villa Maria followed by two years of supervised release.  The new term of supervised release began on August 18, 2014.

On April 16, 2015, the term of supervised release was revoked and Allison was sentenced to time served and two years of supervised release.  The new term of supervised release began on April 20, 2016.

## PETITIONING THE COURT

[X]     To issue a warrant

[ ]     To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** The defendant shall participate in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol.  Any fees associated with this program are waived.

> **Nature of Noncompliance:**   On September 14, 2016 and November 2, 2016, Allison failed to report for medication monitoring at Alternatives Center.  In addition, on October 20, 2016, Allison failed to report for scheduled schedule treatment session at Alternatives

**Crystal Bustamante, TN: Crystal Denise Allison**
**Docket No. EP-09-CR-3415FM(1)**
**Petition for Warrant or Summons for Offender Under Supervision**
**Page 2**

Center.  Further, on October 13, 2016 and October 18, 2016, Allison failed to report for scheduled drug testing at Alternatives Center.

**Violation Number 2:** The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

**Nature of Noncompliance:** on August 22, 2016, Allison submitted a urine sample which tested positive amphetamines.  On September 1, 2016, Allison signed an admission/denial form.  Wherein she admitted to having used methamphetamine.

**Violation number 3:** The defendant shall notify the Probation Officer.  At least ten days prior to any change in residence or employment.

**Nature of Noncompliance:**  November 2, 2016, an employment visit was conducted at Allison's last known place of employment.  According to her employer, Allison had not reported for work for the past twelve days.   In addition, on November 2, 2016, a home visit was conducted at Allison's last known place of residence.  Allison's sister advised she had not seen Allison for the past two weeks and her current whereabouts were unknown.

**U.S. Probation Officer Recommendation:**

The term of supervision should be

[X]  revoked.

[ ]  extended for _____ years, for a total term of _____ years.

[ ]  the conditions of supervision should be modified as follows:

Respectfully submitted,

Ernesto Mata
U.S. Probation Officer
Office (915) 585-6515
Cellular (915) 861-8483
Date: November 4, 2016

Approved by,

David C. Trejo
Supervising U.S. Probation Officer
Office (915) 585-5576
Cellular (915) 861-8369

Crystal Bustamante, TN: Crystal Denise Allison
Docket No. EP-09-CR-3415FM(1)
Petition for Warrant or Summons for Offender Under Supervision
Page 3

---

## THE COURT ORDERS:

[  ]   No action.

[ Y ]   The issuance of a warrant.

[  ]   The issuance of a summons.

[  ]   Other

_____
Frank Montalvo, U.S. District Judge

11/15/16
_____
Date